IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA             :
                                           :
  v.                                : No. 2:21-mj-813
                                           :
RANDY FRASINELLI,                 :
                                           :
            Defendant.         :

## **UNOPPOSED MOTION TO TRAVEL OUTSIDE OF THE JURISDICTION**

AND NOW**,** comes the defendant RANDY FRASINELLI, by and through the undersigned counsel, and files the following UNOPPOSED MOTION TO TRAVEL OUTSIDE OF THE JURISDICTION, and in support thereof, states as follows:

1.     On Thursday, April 15, 2021, the defendant, RANDY FRASINELLI appeared before this Court in his first appearance pursuant to the Criminal Complaint in this matter, and was released on Unsecured Bond, Dkt. Nos. 10, 11 & 12, subject to certain conditions, at Dkt. No. 13, including the restriction to remain within the confines of the Western District of Pennsylvania.

2.     The Defendant would like to travel to Nashville, TN, leaving on or about Sunday, June 13th, and returning to Pittsburgh on or before Friday, June 18th, to visit with his son and daughter-in-law, and staying at their home in the "Belmont" neighborhood, near Vanderbilt University in Nashville, for the purposes of a family visit and to celebrate a family birthday.

3.     The Defendant therefore seeks this Court's Order to Travel to Nashville, TN, on the dates listed above.  He can always be reached by cellphone and through counsel.

4.     The United States Attorney's Office has no objection to the Defendant's travel.

WHEREFORE**,** it is respectfully requested that the defendant, RANDY FRASINELLI, be permitted to travel outside of the jurisdiction, as described more fully herein.

Respectfully submitted,

THE GRAIL LAW FIRM

By: /s/ Efrem M. Grail

Efrem M. Grail, Esquire
PA ID No. 81570

By: /s/ Brian C. Bevan

Brian C. Bevan, Esquire
PA ID No. 307488

THE GRAIL LAW FIRM
436 Seventh Avenue
Koppers Bldg., 30th Floor
Pittsburgh, PA 15219
Phone: (412) 227-2969
Fax:    (856) 210-7354
egrail@graillaw.com
bbevan@graillaw.com

*Attorneys for Defendant,*
*Randy Frasinelli*

Date:   June 7, 2021

## **CERTIFICATE OF SERVICE**

I, EFREM M. GRAIL, ESQUIRE, hereby certify that a true and correct copy of the

foregoing **UNOPPOSED MOTION TO TRAVEL OUTSIDE OF THE JURISDICTION**

was filed on the date appearing thereon with the Clerk of Court using the CM/ECF system and

thereby becoming immediately available to the following:

Jeffrey Bengal, Esquire
Assistant United States Attorneys
United States Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Jeffrey.bengal@usdoj.gov

By:/s/ *Efrem M. Grail*
Efrem M. Grail, Esquire
*Attorneys for Defendant,*
*Randy Frasinelli*

3